RECEIVED
IN ALEXANDRIA, LA.

FEB 2 2 2010

TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CALVIN KING FRANCIS<br>LA. DOC. #503175 | DOCKET NO. 09-CV-1152; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| J. LEVY DABADIE CORRECTIONAL | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** Plaintiff's complaint be and is hereby **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

**THUS DONE AND SIGNED**, at ____Alexandria____, Louisiana, this 22nd day of ____February____, 2010.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE